IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DAVID GARCIA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | (JURY REQUESTED) |
| | § | |
| DONNA INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |

**NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Donna Independent School District (hereinafter Defendant or Donna ISD), Defendant in the above styled and numbered matter, and files this its Notice of Removal of the present cause from the 370th Judicial District Court of Hidalgo County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, McAllen Division, and would respectfully show unto the Court as follows:

1. This cause was commenced on April 21, 2021, in the 370th Judicial District Court of Hidalgo County, Texas with the style David Garcia vs. Donna Independent School District, Cause Number C-1513-21-G. True and correct copies of Plaintiff's Original Petition in that cause, the citation with return service on Donna ISD, and the certified docket sheet are attached hereto as Exhibits A, B and C. In his petition, Plaintiff alleges that Defendant violated his rights under 42 U.S.C. sec 2000 et. seq. and that Defendant discriminated against Plaintiff based on gender and national origin in violation of Title VII (See Exhibit A). Because Plaintiff is asserting that Defendant has violated federal laws in his Original Petition and he has an

expressed a desire to attempt to pursue such causes of action against Defendant, Defendant contends that removal is now proper.

2. The above causes of action referenced by Plaintiff in his most recent filing are ones in which this Court has original subject matter jurisdiction under the provisions of 28 U.S.C. §§ 1331 inasmuch as those actions would arise under the laws of the United States. Based upon Plaintiff's references to the federal causes of action in his Original Petition, Defendant contends that removal is proper pursuant to 28 USCA § 1441(a) and 1446(b)(3). Pursuant to the above authorities, Defendant seeks removal of this lawsuit to Federal Court.

3. Upon filing of this Notice of Removal of this cause, written notice of the filing by Defendant to Plaintiff has been provided. Copies of all documents required to be attached to this Notice of Removal under the local rules of the Southern District of Texas have been filed with the court and are attached hereto. A copy of this Notice of Removal is also being filed with the Clerk of the State Court for which this cause was originally filed.

4. This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b)(3) in that it is filed within thirty (30) days of the date of service of Plaintiff's Original Petition where Plaintiff references federal causes of action.

WHEREFORE, PREMISES CONSIDERED, Defendant Donna Independent School District prays for removal of the above entitled cause of action from the 370th Judicial District Court of Hidalgo County, Texas to this Court and seeks all other relief to which it may show itself to be justly entitled to.

Signed on May 19, 2021.

Respectfully submitted,

**ESPARZA & GARZA, L.L.P.**
964 E. Los Ebanos Blvd.
Brownsville, Texas 78520
Telephone: (956) 547-7775
Facsimile: (956) 547-7773

By: /s/ Eduardo G Garza
    Eduardo G Garza
    State Bar No.  00796609
    USDC ADM. No. 20916
    Roman "Dino" Esparza
    State Bar No.  00795337
    USDC ADM. No. 22703
    Attorneys for Defendant
    Sharyland Independent School District

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2021, pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the above and foregoing document was served on each party to this action by Defendant's submission of this document to the U.S. District Court electronically to the DCECF system:

Adam Poncio
Alan Braun
PONCIO LAW OFFICES
A Professional Corporation
5410 Fredericksburg Rd., Suite 310
San Antonio, Texas 78229

Chris McJunkin
4510 Anthony St.
Corpus Christi, Texas 78415

    /s/ Eduardo G Garza
        Eduardo G Garza