Case 7:21-cv-00197   Document 26   Filed on 07/29/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 29, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DAVID GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-CV-00197 |
| | § | |
| DONNA INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## MINUTE ENTRY

Defendant Donna Independent School District filed its Motion for Summary Judgment on March 18, 2022. (Dkt. No. 10). That same day, Plaintiff David Garcia filed his Motion to Strike, Restrict, Exclude or Disallow Evidence Address by the FRCP 30(b)(6) Deposition Testimony and Motion for Summary Judgment / Default Judgment. (Dkt. No. 11). The Court denied Plaintiff's motion but granted Plaintiff leave to conduct a second deposition of Defendant. (Dkt. No. 18). As a result, the Court entered an Amended Rule 16 Scheduling Order reflecting a new discovery deadline of May 13, 2022. (Dkt. No. 19). Upon the parties' Joint Motion to Extend All Pre-Trial Deadlines and Settings, (Dkt. No. 24), the Court entered another Amended Rule 16 Scheduling order extending the discovery period to August 5, 2022. (Dkt. No. 25). As a result, the Court **GRANTS** leave for the parties to file supplemental briefing related Defendant's Motion for Summary Judgment to present any new evidence uncovered through the extended discovery period, if needed, by August 8, 2022.

SO ORDERED July 29, 2022, at McAllen, Texas.

_____
Randy Crane
United States District Judge